|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | CENTRAL DISTRICT OF CALIFORNIA | |
| | WESTERN DIVISION | |
| MIGUEL GUTIERREZ, | ) | Case No. CV 16-02309-CJC (DFM) |
| Petitioner, | ) ) | |
| v. | ) ) | Order Accepting Findings and Recommendation of United States Magistrate Judge |
| W.L. MONTGOMERY, | ) ) | |
| Respondent. | ) ) ) | |

Under 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

IT IS THEREFORE ORDERED that: (1) Respondent's motion to dismiss is denied; (2) Respondent is ordered to file an Answer to the Petition within thirty-five (35) days of this Order; and (3) Petitioner is ordered to file any Reply or Traverse thereto within twenty-one (21) days of service of Respondent's Answer.

Dated: March 22, 2018

CORMAC J. CARNEY
United States District Judge